IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

LINDA JEAN GRIMES

    Plaintiff

v.   Case No. L-00-3198

AMERICAN HOME PRODUCTS CORPORATION, *et al.*

    Defendant

-o0o-

## MOTION TO AMEND COMPLAINT BY INTERLINEATION

Plaintiff, Linda Jean Grimes, by and through the undersigned attorneys, moves to amend the complaint and states:

1. The original complaint, filed in Baltimore City Circuit Court, and removed to this Court, had a typographical error in the caption. It listed the name of the Plaintiff as Lisa Jean Grimes. It should have named the Plaintiff as *Linda* Jean Grimes.

2. The error was not replicated throughout the rest of the complaint.

**WHEREFORE,** Plaintiff requests that the Court correct the docket and allow the Complaint to be deemed amended.

*Motion Granted*

*November 8, 2000*

*Benson Legg*
*(J.D.)*

*QJ 11/13/00*